IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAFFIEA HARLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-13-477-D |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Erwin finds that the Commissioner's decision denying Plaintiff's applications for disability insurance benefits and supplemental security income payments should be reversed pursuant to 42 U.S.C. § 405(g), and that the case should be remanded for further administrative proceedings necessary to make a proper determination of Plaintiff's residual functional capacity and a credibility analysis of Plaintiff's subjective complaints.

The Commissioner has not filed a timely objection to the Report and Recommendation nor requested additional time to object. Upon consideration, the Court finds that the Commissioner has waived further judicial review.

IT IS THEREFORE ORDERED that the Court adopts the Report and Recommendation [Doc. No. 15] in its entirety. The Commissioner's decision is reversed, and the case is remanded

for further administrative proceedings consistent with the Report and Recommendation. Judgment shall be entered accordingly.

IT IS SO ORDERED this 14th day of July, 2014.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE